IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **JOSHUA M. STOCKTON**<br>ADC #169885 | **PLAINTIFF** |
| VS.       No. 4:22-cv-01260-BRW | |
| **JOE PAGE, Superintendent, ADC; and**<br>**SKINNER, Cpt., Pine Bluff Unit, ADC** | **DEFENDANTS** |

### ORDER

Joshua M. Stockton's motion to voluntarily dismiss this case is granted,[1] and this case is dismissed without prejudice. All pending motions are denied as moot.[2] I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith.[3]

IT IS SO ORDERED this 4th day of May, 2023.

                                              BILLY ROY WILSON
                                  UNITED STATES DISTRICT JUDGE

---

[1] Doc. 17.

[2] Doc. 14; Doc. 16.

[3] 28 U.S.C. § 1915(a)(3).