**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

JOSHUA M. STOCKTON                                                                PLAINTIFF
ADC #169885

VS.                                            No. 4:22-cv-01260-BRW

JOE PAGE, Superintendent, ADC; and
SKINNER, Cpt., Pine Bluff Unit, ADC                                       DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without

prejudice.

DATED this 4th day of May, 2023.

                                                      _____
                                                    BILLY ROY WILSON
                                          UNITED STATES DISTRICT JUDGE